Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Mary L. Ferguson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY L. FERGUSON, | ) Case No.: SACV 10-1968 PLA |
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 ) U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   September 21, 2011

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Brian C. Shapiro*
_____
4 | Brian C. Shapiro
Attorney for plaintiff Mary L. Ferguson

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26